WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, CitiMortgage, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CITIMORTGAGE, INC., | Case No.: 2:21-cv-00538-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STAY OF CASE** |
| FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive | |
| Defendants. | |

Plaintiff, CitiMortgage, Inc. ("Plaintiff") and Defendants Fidelity National Title Group, Inc., Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc. ("Defendants", and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

This matter involves a title insurance coverage dispute wherein Plaintiff contends, and Defendants disputes, that the title insurance claim involving an HOA assessment lien and subsequent sale was covered by the subject policy of title insurance. There are now currently pending in the United States District Court for the District of Nevada and Nevada state courts more than one-hundred actions between national banks, on the one hand, and title insurers, on the other hand. In virtually all of these actions, the title insurer underwrote an ALTA 1992 or ALTA

2006 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 and/or CLTA 115.2/ALTA 5 Endorsements.

The Nevada Supreme Court recently heard oral argument on April 11, 2023 in two appeals involving similar coverage issues, *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nevada Supreme Court Case No. 83737 (District Court Case No. A-18-781257-C) ("*PennyMac*") and *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nevada Supreme Court Case No. 84161 (District Court Case No. A-20-820307-C) ("*Deutsche Bank*").  The matters have been taken under submission and orders remain pending.  The Parties anticipate that the Nevada Supreme Court's decisions in the foregoing appeals may touch upon issues regarding the interpretation of policy and claims handling, that could potentially affect the disposition of the instant action.

Accordingly, the Parties believe an additional stay of sixty (60) days in the instant action will best serve the interests of judicial economy.  The Parties request that the action be stayed for an additional sixty (60) days, through and including, September 25, 2023.  The Parties are to submit a Joint Status Report on or before September 22, 2023.  The Parties further agree that this stipulation and stay of this case is entered based on the specific circumstances surrounding this particular case, and that this stipulation shall not be viewed as a reason for granting a stay in any other pending matter.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy and in efforts to preserve the Parties' resources, the Parties request that this action be **STAYED FOR AN ADDITIONAL SIXTY (60) DAYS**, through and including, September 25, 2023.
2. All deadlines currently set in this case shall remain **VACATED**.
3. The Parties are to submit a Joint Status Report on or before September 22, 2023.
4. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

/ / /

5. Notwithstanding this Stipulation, the Parties may continue to conduct third-party discovery (including by issuing and enforcing third-party subpoenas) to preserve evidence.

**IT IS SO STIPULATED.**

DATED this 21st day of July, 2023.          DATED this 21st day of July, 2023.

WRIGHT, FINLAY & ZAK, LLP                         SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*                                       */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                                    Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                      Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                         15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117                                          Sherman Oaks, California 91403
*Attorney for Plaintiff, CitiMortgage, Inc.*         *Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this  31  day of  August , 2023.

_____
UNITED STATES DISTRICT JUDGE